# U.S. District Court
## Southern District of Indiana (Indianapolis)
### CIVIL DOCKET FOR CASE #: 1:04-cv-01052-JDT-WTL

04cv12275
PBS

SMITH v. PFIZER, INC. et al
Assigned to: John Daniel Tinder
Referred to: Magistrate Judge William T. Lawrence
Cause: 28:1331 Fed. Question

Date Filed: 06/21/2004
Jury Demand: Plaintiff
Nature of Suit: 470 Racketeer/Corrupt Organization
Jurisdiction: Federal Question

**Plaintiff**
-----------------------

**GERALD SMITH,** *on behalf of himself and all others similarly situated*

represented by **Irwin B. Levin**
COHEN & MALAD LLP
One Indiana Square
Suite 1400
Indianapolis, IN 46204
(317) 636-6481
Fax: (317) 636-2593
Email: ilevin@cohenandmalad.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Howard Young**
YOUNG & YOUNG
128 N Delaware
3rd Floor
Indianapolis, IN 46204
(317)639-5161
Fax: (317)639-4978
Email: jimyoung56@hotmail.com
*ATTORNEY TO BE NOTICED*

**Richard E. Shevitz**
COHEN & MALAD LLP
One Indiana Square
Suite 1400
Indianapolis, IN 46204
(317) 636-6481
Fax: (317) 636-2593
Email: rshevitz@cohenandmalad.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**
-----------------------

| | | |
|---|---|---|
| **PFIZER, INC.** | represented by | **Bonnie L. Gallivan**<br>ICE MILLER<br>One American Square<br>P O Box 82001<br>Indianapolis, IN 46282<br>(317)236-2445<br>Fax: (317)592-4656<br>Email: gallivan@icemiller.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Karen A. Dutcher**<br>ICE MILLER<br>One American Square<br>P O Box 82001<br>Indianapolis, IN 46282<br>(317)236-2220<br>Fax: (317)592-4852<br>Email: karen.dutcher@icemiller.com<br>*ATTORNEY TO BE NOTICED* |
| **WARNER LAMBERT COMPANY** | represented by | **Bonnie L. Gallivan**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Karen A. Dutcher**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 06/21/2004 | 1 | COMPLAINT (Class) against PFIZER, INC. AND WARNER LAMBERT COMPANY with JURY DEMAND, filed by Plaintiff, GERALD SMITH.(KLS, ) (Entered: 06/21/2004) |
| 06/21/2004 | 2 | CIVIL COVER SHEET filed by Plaintiff, GERALD SMITH. (KLS, ) (Entered: 06/21/2004) |
| 06/21/2004 | 3 | MAGISTRATE JUDGE's NOTICE of Availability to Exercise Jurisdiction (KLS, ) (Entered: 06/21/2004) |
| 06/21/2004 | 4 | NOTICE of Lawsuit & Request for Waiver of Service for Summons Supplied by counsel for Plaintiff, GERALD SMITH. (KLS, ) (Entered: 06/21/2004) |
| 06/21/2004 | 5 | RECEIPT #104 1958 in the amount of $ 150.00 for filing fee. (KLS, ) (Entered: 06/21/2004) |

| 07/14/2004 | 6 | NOTICE of Appearance by Karen A. Dutcher on behalf of all defendants (Dutcher, Karen) (Entered: 07/14/2004) |
|---|---|---|
| 07/14/2004 | 7 | NOTICE of Appearance by Bonnie L. Gallivan on behalf of all defendants (Gallivan, Bonnie) (Entered: 07/14/2004) |
| 07/19/2004 | 8 | SCHEDULING ORDER: Initial Pretrial Conference set for 9/24/2004 08:30 AM in room #277 before Magistrate Judge William T. Lawrence. Signed by Judge William T. Lawrence on 7/19/04 -cm. (EAH, ) (Entered: 07/19/2004) |
| 07/20/2004 | 9 | AMENDED COMPLAINT *(First)* against all defendants, filed by GERALD SMITH.(Shevitz, Richard) (Entered: 07/20/2004) |
| 07/22/2004 | 10 | MOTION to Stay *Proceedings Pending Transfer to Multidistrict Litigation ("MDL")* by all parties. (Dutcher, Karen) (Entered: 07/22/2004) |
| 07/22/2004 | 11 | Submission of Signature Requirement re 10 MOTION to Stay *Proceedings Pending Transfer to Multidistrict Litigation ("MDL")* by PFIZER, INC.. (Dutcher, Karen) (Entered: 07/22/2004) |
| 07/26/2004 | 12 | ORDER granting 10 Motion to Stay proceedings pending transfer to multidistrict litigation. Pre-trial conference set for 9/24/04 is VACATED. Signed by Judge John Daniel Tinder on 7/26/04 -cm. (EAH, ) (Entered: 07/26/2004) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/27/2004 13:19:58 | | | |
| PACER Login: | us2510 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 1:04-cv-01052-JDT-WTL |
| Billable Pages: | 2 | Cost: | 0.14 |