CLOSED, STAYED

## U.S. District Court
### Southern District of Indiana (Indianapolis)
### CIVIL DOCKET FOR CASE #: 1:04-cv-01052-JDT-WTL

RECEIVED
Clerk's Office
USDC, Mass.
Date 9/1/05
By M.P.
Deputy Clerk

SMITH v. PFIZER, INC. et al
Assigned to: Judge John Daniel Tinder
Referred to: Magistrate Judge William T. Lawrence
Cause: 28:1331 Fed. Question

Date Filed: 06/21/2004
Jury Demand: Plaintiff
Nature of Suit: 470 Racketeer/Corrupt Organization
Jurisdiction: Federal Question

**Plaintiff**

**GERALD SMITH**
*on behalf of himself and all others similarly situated*

represented by **Irwin B. Levin**
COHEN & MALAD LLP
One Indiana Square
Suite 1400
Indianapolis, IN 46204
(317) 636-6481
Fax: (317) 636-2593
Email: ilevin@cohenandmalad.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Howard Young**
YOUNG & YOUNG
128 N Delaware
3rd Floor
Indianapolis, IN 46204
(317)639-5161
Fax: (317)639-4978
Email: jimyoung56@hotmail.com
*ATTORNEY TO BE NOTICED*

**Richard E. Shevitz**
COHEN & MALAD LLP
One Indiana Square
Suite 1400
Indianapolis, IN 46204
(317) 636-6481
Fax: (317) 636-2593
Email: rshevitz@cohenandmalad.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**PFIZER, INC.**     represented by **Bonnie L. Gallivan**

                                ICE MILLER
                                One American Square
                                P O Box 82001
                                Indianapolis, IN 46282
                                (317)236-2445
                                Fax: (317)592-4656
                                Email: gallivan@icemiller.com
                                *ATTORNEY TO BE NOTICED*

                                **Karen A. Dutcher**
                                ICE MILLER
                                One American Square
                                P O Box 82001
                                Indianapolis, IN 46282
                                (317)236-2220
                                Fax: (317)592-4852
                                Email: karen.dutcher@icemiller.com
                                *ATTORNEY TO BE NOTICED*

**Defendant**

**WARNER LAMBERT COMPANY**    represented by  **Bonnie L. Gallivan**
                                                                   (See above for address)
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **Karen A. Dutcher**
                                                                   (See above for address)
                                                                   *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/21/2004 | 1 | COMPLAINT (Class) against PFIZER, INC. AND WARNER LAMBERT COMPANY with JURY DEMAND, filed by Plaintiff, GERALD SMITH.(KLS, ) (Entered: 06/21/2004) |
| 06/21/2004 | 2 | CIVIL COVER SHEET filed by Plaintiff, GERALD SMITH. (KLS, ) (Entered: 06/21/2004) |
| 06/21/2004 | 3 | MAGISTRATE JUDGE's NOTICE of Availability to Exercise Jurisdiction (KLS, ) (Entered: 06/21/2004) |
| 06/21/2004 | 4 | NOTICE of Lawsuit & Request for Waiver of Service for Summons Supplied by counsel for Plaintiff, GERALD SMITH. (KLS, ) (Entered: 06/21/2004) |
| 06/21/2004 | 5 | RECEIPT #104 1958 in the amount of $ 150.00 for filing fee. (KLS, ) (Entered: 06/21/2004) |
| 07/14/2004 | 6 | NOTICE of Appearance by Karen A. Dutcher on behalf of all defendants (Dutcher, Karen) (Entered: 07/14/2004) |
| 07/14/2004 | 7 | NOTICE of Appearance by Bonnie L. Gallivan on behalf of all |

| | | |
|---|---|---|
| | | defendants (Gallivan, Bonnie) (Entered: 07/14/2004) |
| 07/19/2004 | 8 | SCHEDULING ORDER: Initial Pretrial Conference set for 9/24/2004 08:30 AM in room #277 before Magistrate Judge William T. Lawrence. Signed by Judge William T. Lawrence on 7/19/04 -cm. (EAH, ) (Entered: 07/19/2004) |
| 07/20/2004 | 9 | AMENDED COMPLAINT *(First)* against all defendants, filed by GERALD SMITH.(Shevitz, Richard) (Entered: 07/20/2004) |
| 07/22/2004 | 10 | MOTION to Stay *Proceedings Pending Transfer to Multidistrict Litigation ("MDL")* by all parties. (Dutcher, Karen) (Entered: 07/22/2004) |
| 07/22/2004 | 11 | Submission of Signature Requirement re 10 MOTION to Stay *Proceedings Pending Transfer to Multidistrict Litigation ("MDL")* by PFIZER, INC.. (Dutcher, Karen) (Entered: 07/22/2004) |
| 07/26/2004 | 12 | ORDER granting 10 Motion to Stay proceedings pending transfer to multidistrict litigation. Pre-trial conference set for 9/24/04 is VACATED. Signed by Judge John Daniel Tinder on 7/26/04 -cm. (EAH, ) (Entered: 07/26/2004) |
| 08/23/2005 | 13 | Submission *of MDL Transfer Order* by GERALD SMITH. (Attachments: # 1 Exhibit MDL Transfer Order)(Shevitz, Richard) (Entered: 08/23/2005) |
| 08/29/2005 | 14 | CLOSED TRANSFER to the District of Massachusetts In Re Neurontin Marketing and Sales Practices Litigation, MDL Docket No. 1629. Received certified copy of Transfer Order. (Attachments: # 1 Letter requesting transfer of case)(TMA, ) (Entered: 08/30/2005) |

**Case #: 1:04-cv-01052-JDT-WTL**

# United States District Court
## Southern District of Indiana

Laura A Briggs
Clerk of the Court

FILED
CLERKS OFFICE

2005 SEP -6  P 1: 11

U.S. DISTRICT COURT
DISTRICT OF MASS

105 U.S. Courthouse
46 East Ohio Street
Indianapolis, Indiana
46204

210 Federal Building
Terre Haute, Indiana
47808

101 Northwest MLK Boulevard
Evansville, Indiana
47708

121 West Spring Street
New Albany, Indiana
47150

August 31, 2005

Sarah Allison Thornton, Clerk
United States District Court
District of Massachusetts
1 Courthouse Way
Boston, MA 02210

    Re:    Gerald Smith v. Pfizer, Inc, et al.
            Our Nr. 1:04-cv-1052-JDT-WTL
            Yr Nr. 1:04-cv-12275 PBS
            In Re: Neurontin Marketing and Sales Practices
            MDL-1629

Dear Ms. Thornton:

    Enclosed please find certified copies of the docket entries, the Transfer Order, a copy of your letter dated 8/25/05, and the entire original record of the above caption.

    Please acknowledge receipt of file.

Sincerely,

Laura A. Briggs

By: *Theresa M. Amato*
Deputy Clerk, U.S. District Court